# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RICHARD CHUDACOFF, MD, | 2:09-cv-01679-RCJ-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| UNIVERSITY MEDICAL CENTER, *et al.,* | |
| Defendants. | |

Before the Court is *Richard Chudacoff, MD v. University Medical Center, et al.*, case no. 2:09-cv-01679-RCJ-VCF.

Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

IT IS SO ORDERED.

DATED this 4th day of June, 2013.

                                                                                                   _____
                                                                                                   CAM FERENBACH
                                                                                                   UNITED STATES MAGISTRATE JUDGE