

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CHUDACOFF, M.D., | |
| Plaintiff-Appellant, | District No.    2:09-cv-01679-RCJ-RJJ |
| vs. | |
| | U.S.C.A. No.    11-16232 |
| UNIVERSITY MEDICAL CENTER; et al., | |
| Defendants-Appellees. | |

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on   04-18-2013  , issued its judgment REVERSING and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED_____

_____

_____.

Dated this 4th day of June, 2013.

_____
Robert C. Jones
Chief United States District Judge