**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD CHUDACOFF, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIVERSITY MEDICAL CENTER, et al., ) <br> ) <br> Defendants. ) | Case No. 2:09-cv-01679-RCJ-PAL <br><br> **ORDER** <br><br> (Sub'n of Counsel - Dkt. #127) <br> (Sub'n of Counsel - Dkt. #128) |

This matter is before the court on the Substitutions of Attorneys (Dkt. ##127, 128), both filed June 4, 2013. Kim Irene Mandelbaum seeks leave to be substituted in the place of Lynn Hansen as counsel for Defendant The Medical and Dental Staff of the University Medical Center of Southern Nevada and Defendant John Ellerton, M.D. LR IA 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." The Complaint (Dkt. #1) in this case was filed on August 28, 2009. This case was recently returned from the Ninth Circuit Court of Appeals, and on June 5, 2013, the Order on Mandate (Dkt. #132) was spread on the record. This case is set for a status hearing on June 25, 2013.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Substitutions of Counsel (Dkt. ##127, 128) are APPROVED.

/ / /

/ / /

2. Kim Irene Mandelbaum is substituted in the place of Lynn Hansen as counsel for Defendants The Medical and Dental Staff of the University Medical Center of Southern Nevada and John Ellerton, M.D., subject to the provisions of LR IA 10-6(c) and (d).

Dated this 7th day of June, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE