# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CHUDACOFF, | |
| Plaintiff, | Case No. 2:09-cv-01679-RCJ-GWF |
| vs. | **ORDER** |
| UNIVERSITY MEDICAL CENTER, *et al.*, | Motion to Withdraw as Counsel (#172) |
| Defendants. | |

This matter comes before the Court on Michael K. Naethe's Motion to Withdraw as Counsel (#172) for Plaintiff Richard M. Chudacoff, M.D., ("Plaintiff") filed on March 23, 2014. Mr. Naethe represents that he is no longer associated with the Law Office of Jacob Hafter & Associates nor represents Plaintiff in the present matter. Local Rule IA 10-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." The Court finds the movant substantially establishes good cause for the withdrawal. In addition, Plaintiff will continue to be represented by Jacob L. Hafter, Esq. of the Law Office of Jacob Hafter & Associates. Accordingly,

**IT IS HEREBY ORDERED** that Michael K. Naethe's Motion to Withdraw as Counsel for Plaintiff (#172) is **granted**.

DATED this 25th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge