1  SCOTT R. COOK, ESQ.
   Nevada Bar No. 005265
2  RYAN S. PETERSEN, ESQ.
   Nevada Bar No. 10715
3  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
5  Facsimile: (702) 362-9472
   E-Mail:    scook@klnevada.com
6              rpetersen@klnevada.com

7  Attorneys for Defendant
   *University Medical Center for Southern Nevada*
8

9                   UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11                              * * *

12  RICHARD M. CHUDACOFF, M.D.,                CASE NO. 2:08-cv-00863-RCJ-GWF

13              Plaintiff,                     CONSOLIDATED WITH:
                                               CASE NO. 2:09-cv-01679-RCJ-GWF
14       vs.

15  UNIVERSITY MEDICAL CENTER OF                **STIPULATION AND ORDER FOR**
    SOUTHERN NEVADA, a political subdivision    **DISMISSAL WITH PREJUDICE**
16  of Clark County, State of Nevada; STEVE
    SISOLAK; BRUCE L. WOODBURY; TOM
17  COLLINS; LARRY BROWN; CHIP
    MAXFIELD; LAWRENCE WEEKLY; CHRIS
18  GIUNCHIGLIANI; SUSAN BRAGER; and
    RORY REID, Clark County Commissioners,
19  ex-officio, the Board of Trustees of
    UNIVERSITY MEDICAL CENTER OF
20  SOUTHERN NEVADA; KATHLEEN
    SILVER, an individual; THE MEDICAL AND
21  DENTAL STAFF OF THE UNIVERSITY
    MEDICAL CENTER OF SOUTHERN
22  NEVADA, an independent subdivision of
    University Medical Center of Southern Nevada;
23  JOHN ELLERTON, M.D., an individual;
    MARVIN J. BERNSTEIN, M.D., an individual;
24  DALE CARRISON, M.D., an individual;
    DONALD ROBERTS, M.D., an individual;
25  PAUL D. BANDT, M.D., an individual; JIM
    CHRISTENSEN, M.D., an individual; JOHN
26  FILDES, an individual; CHARLES BLOOM,
    M.D., an individual; MARIETTA NELSON,
27  M.D., an individual; KSHAMA DAPHTARY,
    M.D., an individual; JOHN ONYEMA, M.D.,
28  an individual; BEVERLY NEYLAND, M.D.,
    an individual; ALBERT CAPANNA, M.D., an
    individual; VICTOR GRIGORIEV, M.D., an

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

individual; LAURA BILODEAU M.D., an individual; STEVEN BECKER, M.D., an individual; THOMAS HUNT, M.D., an individual; CRAIG IWAMOTO, M.D., an individual; DANIEL KIRGAN, M.D., an individual; DEBORAH KUHLS, M.D., an individual; TERRY LEWIS, M.D., an individual; FREDERICK LIPPMANN, M.D., an individual; DIANNE MAZZU, M.D., an individual; JOHN MCCOURT, M.D., an individual; PAUL STEWART, M.D., an individual; THOMAS VATER, D.O., an individual; MEENA VOHRA, M.D., an individual; CRAIG VOSS, M.D., an individual; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive,

Defendants.

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Provided all terms of the Settlement Agreement have been met, Plaintiff, RICHARD M. CHUDACOFF, M.D., by and through his counsel of record, JACOB L. HAFTER, ESQ., of Hafter Law, LLC; and Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, BRUCE L. WOODBURY, TOM COLLINS, CHIP MAXFIELD, LAWRENCE WEEKLY, CHRIS GIUNCHIGLIANI, SUSAN BRAGER, and RORY REID, Clark County Commissioners, ex-officio; STEVE SISOLAK, TOM COLLINS, LARRY BROWN, LAWRENCE WEEKLY, CHRIS GIUNCHIGLIANI, SUSAN BRAGER, and RORY REID, in their ex officio capacity as the Board of Trustees of UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; THE BOARD OF TRUSTEES OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, and KATHLEEN SILVER, by and through their counsel of record, LYNN M. HANSEN, ESQ. of Jimmerson Hansen; Defendants THE MEDICAL AND DENTAL STAFF OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, JOHN ELLERTON, M.D., MARVIN J. BERNSTEIN, M.D., DALE CARRISON, D.O., and DONALD ROBERTS, M.D., by and through their counsel of record, KIM IRENE MANDELBAUM, ESQ. of Mandelbaum Ellerton & Associates; and Defendants PAUL BANDT, M.D.; JIM

1 CHRISTENSEN, M.D.; JOHN FILDES, M.D.; CHARLES BLOOM, M.D.; MARIETTA
2 NELSON, M.D.; KSHAMA DAPHTARY, M.D.; JOHN ONYEMA, M.D.; BEVERLY
3 NEYLAND, M.D.; ALBERT CAPANNA, M.D.; VICTOR GRIGORIEV, M.D.; LAURA
4 BILODEAU, M.D.; MICHAEL CASEY, M.D.; STEVEN BECKER, M.D.; THOMAS HUNT,
5 M.D.; CRAIG IWAMOTO, M.D.; DANIEL KIRGAN, M.D.; DEBORAH KUHLS, M.D.;
6 TERRY LEWIS, M.D.; FREDERICK LIPPMANN, M.D.; DIANNE MAZZU, M.D.; JOHN
7 McCOURT, M.D.; PAUL STEWART, M.D.; THOMAS VATER, M.D.; MEENA VOHRA,
8 M.D. and CRAIG VOSS, M.D. by and through their counsel of record, WALTER CANNON,
9 ESQ. of Olson Cannon Gormley Angulo & Stoberski, and Defendant UNIVERSITY MEDICAL
10 CENTER OF SOUTHERN NEVADA, by and through Counsel SCOTT R. COOK, ESQ., of the
11 law firm Kolesar & Leatham, hereby stipulate and agree to Dismiss the above-entitled action,
12 with Prejudice, each party to bear their own fees and costs incurred herein.
13 DATED this 30th day of December, 2014.

**HAFTER LAW**

By _____
JACOB HAFTER, ESQ.
911 N. Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
Attorneys for Plaintiff

DATED this _____ day of December, 2014.   DATED this _____ day of December, 2014.

**MANDELBAUM ELLERTON & ASSOCIATES**          **JIMMERSON HANSEN**

By _____         By _____
KIM I. MANDELBAUM, ESQ.                      LYNN M. HANSEN, ESQ.
Nevada Bar No. 000318                        Nevada Bar No. 000244
2012 Hamilton Lane                           415 S. Sixth St., Suite 100
Las Vegas, Nevada 89106                      Las Vegas, Nevada 89101
Attorneys for Defendants                     Attorneys for Defendants
*The Medical and Dental Staff of University* *University Medical Center of*
*Medical Center, John Ellerton, M.D.;*       *Southern Nevada; The Board of Trustees of*
*Marvin J. Bernstein, M.D.; Dale Carrison,*  *University Medical Center of Southern*
*D.O.; and Donald Roberts, M.D.*             *Nevada and Kathleen Silver*

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

1  CHRISTENSEN, M.D.; JOHN FILDES, M.D.; CHARLES BLOOM, M.D.; MARIETTA
2  NELSON, M.D.; KSHAMA DAPHTARY, M.D.; JOHN ONYEMA, M.D.; BEVERLY
3  NEYLAND, M.D.; ALBERT CAPANNA, M.D.; VICTOR GRIGORIEV, M.D.; LAURA
4  BILODEAU, M.D.; MICHAEL CASEY, M.D.; STEVEN BECKER, M.D.; THOMAS HUNT,
5  M.D.; CRAIG IWAMOTO, M.D.; DANIEL KIRGAN, M.D.; DEBORAH KUHLS, M.D.;
6  TERRY LEWIS, M.D.; FREDERICK LIPPMANN, M.D.; DIANNE MAZZU, M.D.; JOHN
7  McCOURT, M.D.; PAUL STEWART, M.D.; THOMAS VATER, M.D.; MEENA VOHRA,
8  M.D. and CRAIG VOSS, M.D. by and through their counsel of record, WALTER CANNON,
9  ESQ. of Olson Cannon Gormley Angulo & Stoberski, and Defendant UNIVERSITY MEDICAL
10 CENTER OF SOUTHERN NEVADA, by and through Counsel SCOTT R. COOK, ESQ., of the
11 law firm Kolesar & Leatham, hereby stipulate and agree to Dismiss the above-entitled action,
12 with Prejudice, each party to bear their own fees and costs incurred herein.
13 DATED this 30th day of December, 2014.

**HAFTER LAW**

By _____
JACOB HAFTER, ESQ.
911 N. Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
Attorneys for Plaintiff

DATED this 13 day of ~~December, 2014~~ January, 2015.                    DATED this ____ day of December, 2014.

**MANDELBAUM ELLERTON & ASSOCIATES**                                       **JIMMERSON HANSEN**

By _____                                                By _____
KIM I. MANDELBAUM, ESQ.                                                     LYNN M. HANSEN, ESQ.
Nevada Bar No. 000318                                                       Nevada Bar No. 000244
2012 Hamilton Lane                                                          415 S. Sixth St., Suite 100
Las Vegas, Nevada 89106                                                     Las Vegas, Nevada 89101
Attorneys for Defendants                                                    Attorneys for Defendants
*The Medical and Dental Staff of University*                                *University Medical Center of*
*Medical Center, John Ellerton, M.D.;*                                      *Southern Nevada; The Board of Trustees of*
*Marvin J. Bernstein, M.D.; Dale Carrison,*                                 *University Medical Center of Southern*
*D.O.; and Donald Roberts, M.D.*                                            *Nevada and Kathleen Silver*

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

CHRISTENSEN, M.D.; JOHN FILDES, M.D.; CHARLES BLOOM, M.D.; MARIETTA NELSON, M.D.; KSHAMA DAPHTARY, M.D.; JOHN ONYEMA, M.D.; BEVERLY NEYLAND, M.D.; ALBERT CAPANNA, M.D.; VICTOR GRIGORIEV, M.D.; LAURA BILODEAU, M.D.; MICHAEL CASEY, M.D.; STEVEN BECKER, M.D.; THOMAS HUNT, M.D.; CRAIG IWAMOTO, M.D.; DANIEL KIRGAN, M.D.; DEBORAH KUHLS, M.D.; TERRY LEWIS, M.D.; FREDERICK LIPPMANN, M.D.; DIANNE MAZZU, M.D.; JOHN McCOURT, M.D.; PAUL STEWART, M.D.; THOMAS VATER, M.D.; MEENA VOHRA, M.D. and CRAIG VOSS, M.D. by and through their counsel of record, WALTER CANNON, ESQ. of Olson Cannon Gormley Angulo & Stoberski, and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, by and through Counsel SCOTT R. COOK, ESQ., of the law firm Kolesar & Leatham, hereby stipulate and agree to Dismiss the above-entitled action, with Prejudice, each party to bear their own fees and costs incurred herein.

DATED this 30th day of December, 2014.

**HAFTER LAW**

By _____
JACOB HAFTER, ESQ.
911 N. Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
Attorneys for Plaintiff

DATED this ____ day of December, 2014.

**MANDELBAUM ELLERTON & ASSOCIATES**

By _____
KIM I. MANDELBAUM, ESQ.
Nevada Bar No. 000318
2012 Hamilton Lane
Las Vegas, Nevada 89106
Attorneys for Defendants
*The Medical and Dental Staff of University Medical Center, John Ellerton, M.D.; Marvin J. Bernstein, M.D.; Dale Carrison, D.O.; and Donald Roberts, M.D.*

DATED this 12 day of January, 2015.

**JIMMERSON HANSEN**

By _____ /per/
LYNN M. HANSEN, ESQ.
Nevada Bar No. 000244    #12547
415 S. Sixth St., Suite 100
Las Vegas, Nevada 89101
Attorneys for Defendants
*University Medical Center of Southern Nevada; The Board of Trustees of University Medical Center of Southern Nevada and Kathleen Silver*

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

1  DATED this 12 day of ~~December, 2014~~ January 2015    DATED this 15th day of December, 2014.

2  OLSEN CANNON GORMLEY ANGULO & STOBERSKI                 KOLESAR & LEATHAM

By: /s/ Walter R. Cannon                                   By: /s/ Scott R. Cook
WALTER R. CANNON, ESQ.                                     SCOTT R. COOK, ESQ.
Nevada Bar No. 001505                                      Nevada Bar No. 005265
PETER M. ANGULO, ESQ.                                      400 S. Rampart Blvd., Suite 400
Nevada Bar No. 003672                                      Las Vegas, NV 89145
9950 W. Cheyenne Avenue
Las Vegas, NV 89129

Attorneys for Doctor Defendants                            Attorneys for Defendant
*Paul Bandt, Jim Christensen, John Fildes,*                *University Medical Center*
*Charles Bloom, Marietta Nelson, Kshama*                   *of Southern Nevada*
*Daphtary, John Onyema, Beverly*                           *(Excess Carrier)*
*Neyland, Albert Capanna, Victor*
*Grigoriev, Laura Bilodeau, Michael*
*Casey, Steven Becker, Thomas Hunt,*
*Craig Iwamoto, Daniel Kirgan, Deborah*
*Kuhls, Terry Lewis, Frederick Lippmann,*
*Dianne Mazzu, John McCourt, Paul*
*Stewart, Thomas Vater Meena Vohra and*
*Craig Voss*

**IT IS SO ORDERED.**

DATED: March 6, 2015

/s/
**UNITED STATES DISTRICT JUDGE**